# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GIGAMONSTER NETWORKS, LLC, *et al.*,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-10051 (JKS)<br><br>(Jointly Administered) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF GIGAMONSTER NETWORKS, LLC, *et al.*,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BARINGS ASSET-BASED INCOME FUND (US), L.P., BABIF GIGABLOCKER LLC, MATTHEW SANDOVAL, W.F. (ROONEY) DEBUTTS, NISANTH REDDY, and JULIE NIEDZWIECKI,<br><br>　　　　　　Defendants. | Adv. Case No. 23-50404 (JKS) |

## CERTIFICATE OF SERVICE

　　I, Jaclyn C. Marasco, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of the Complaint, Summons, and ADR Notice was made on June 9, 2023, in the manner indicated to:

**HOGAN LOVELLS US LLP**
Erin N. Brady
Pieter Van Tol
Christopher R. Bryant
390 Madison Avenue
New York, NY 10017
erin.brady@hoganlovells.com
pieter.vantol@hoganlovells.com
chris.bryant@hoganlovells.com

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Andrew R. Remming
Sophie Rogers Churchill
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899
aremming@morrisnichols.com
srchurchill@morrisnichols.com

*Via Electronic Mail by Agreement of the Parties*

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

US.357929623.01

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: June 9, 2023

                                          */s/ Jaclyn C. Marasco*
Jaclyn C. Marasco (No. 6477)
FAEGRE DRINKER BIDDLE & REATH LLP
222 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
jaclyn.marasco@faegredrinker.com