# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GIGAMONSTER NETWORKS, LLC., *et al.*,[1] | Case No. 23-10051 (JKS) |
| Debtors. | (Jointly Administered) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF GIGAMONSTER NETWORKS, LLC, *et al.*, | |
| Plaintiff, | Adv. Case No. 23-50404 (JKS) |
| v. | |
| BARINGS ASSET-BASED INCOME FUND (US), L.P., BABIF GIGABLOCKER LLC, MATTHEW SANDOVAL, W.F. (ROONEY) DEBUTTS, NISANTH REDDY, and JULIE NIEDZWIECKI, | |
| Defendants. | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Morris, Nichols, Arsht & Tunnell LLP and Hogan Lovells US LLP hereby enter their appearance (the "Notice of Appearance") in the above-captioned cases as counsel to Defendants Barings Asset-Based Income Fund (US), L.P., BABIF Gigablocker LLC, Matthew Sandoval, W.F. (Rooney) deButts, and Julie Niedzwiecki (the "Barings Defendants"), pursuant to section 1109(b) of title 11 of the United States Code, rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (as amended, the

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: GigaMonster Networks, LLC (2854); GigaSphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

"Bankruptcy Rules"), and rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

| | |
|---|---|
| **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>Andrew Remming<br>Sophie Rogers Churchill<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: aremming@morrisnichols.com<br>           srchurchill@morrisnichols.com | **HOGAN LOVELLS US LLP**<br>Pieter Van Tol<br>Christopher R. Bryant<br>390 Madison Avenue<br>New York, New York 10017<br>Telephone: (212) 983-3000<br>Email: pieter.vantol@hoganlovells.com<br>           chris.bryant@hoganlovells.com<br><br>-and-<br><br>**HOGAN LOVELLS US LLP**<br>Erin N. Brady<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90067<br>Telephone: (310) 785-4600<br>Facsimile: (310) 785-4601<br>Email: erin.brady@hoganlovells.com |

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of the Barings Defendants: (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) to have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a de novo review by a district court judge; (3) to trial by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Barings Defendants or may be entitled

2

under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: July 25, 2023
       Wilmington, Delaware       **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Sophie Rogers Churchill*
Andrew Remming (No. 5120)
Sophie Rogers Churchill (No. 6905)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Email: aremming@morrisnichols.com
      srchurchill@morrisnichols.com

**HOGAN LOVELLS US LLP**
Pieter Van Tol
Christopher R. Bryant
390 Madison Avenue
New York, New York 10017
Telephone: (212) 983-3000
Email: pieter.vantol@hoganlovells.com
      chris.bryant@hoganlovells.com

-and-

**HOGAN LOVELLS US LLP**
Erin N. Brady
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600
Facsimile:  (310) 785-4601
Email: erin.brady@hoganlovells.com

*Counsel for the Barings Defendants*