# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GIGAMONSTER NETWORKS, LLC, *et al.*,[1]<br><br>            Debtors. | Chapter 11<br><br>Case No. 23-10051 (JKS)<br><br>(Jointly Administered) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF GIGAMONSTER NETWORKS, LLC, *et al.*,<br><br>            Plaintiff,<br>    v.<br><br>BARINGS ASSET-BASED INCOME FUND (US), L.P., BABIF GIGABLOCKER LLC, MATTHEW SANDOVAL, W.F. (ROONEY) DEBUTTS, NISANTH REDDY, and JULIE NIEDZWIECKI,<br><br>            Defendants. | Adv. Case No. 23-50404 (JKS) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on July 27, 2023, the Official Committee of Unsecured Creditors, as plaintiff in the above-captioned adversary proceeding, by and through undersigned counsel, caused true and correct copies of (i) *Plaintiff's First Set of Requests for Production of Documents to Defendants Barings Asset-Based Income Fund (US), L.P. and BABIF Giga Blocker LLC*, and (ii) *Plaintiffs First Set of Interrogatories to Defendants Barings Asset-Based Income Fund*

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

(US), L.P. and BABIF Giga Blocker LLC to be served upon the below counsel of record via electronic mail:

| **HOGAN LOVELLS US LLP** | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |
|---|---|
| Erin N. Brady | Andrew R. Remming |
| Pieter Van Tol | Sophie Rogers Churchill |
| Christopher R. Bryant | 1201 N. Market Street, 16th Floor |
| 390 Madison Avenue | P.O. Box 1347 |
| New York, NY 10017 | Wilmington, DE 19899 |
| erin.brady@hoganlovells.com | aremming@morrisnichols.com |
| pieter.vantol@hoganlovells.com | srchurchill@morrisnichols.com |
| chris.bryant@hoganlovells.com | |

| | |
|---|---|
| Dated: July 27, 2023 | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| | */s/ Jaclyn C. Marasco* |
| | Patrick A. Jackson (No. 4976) |
| | Jaclyn C. Marasco (No. 6477) |
| | 222 Delaware Avenue, Suite 1410 |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 467-4200 |
| | Facsimile: (302) 467-4201 |
| | Emails: patrick.jackson@faegredrinker.com |
| | jaclyn.marasco@faegredrinker.com |
| | |
| | -and- |
| | |
| | Richard J. Bernard (admitted *pro hac vice*) |
| | Kyle R. Kistinger |
| | 1177 Avenue of the Americas |
| | New York, New York 10036 |
| | Telephone: (212) 248-3140 |
| | Facsimile: (212) 248-3141 |
| | Emails: richard.bernard@faegredrinker.com |
| | kyle.kistinger@faegredrinker.com |
| | |
| | *Counsel to the Official Committee of Unsecured Creditors* |