IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GIGAMONSTER NETWORKS, LLC, *et al.*<br><br>          Debtors. | Chapter 11<br><br>Case No. 23-10051 (JKS)<br><br>(Jointly Administered) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF GIGAMONSTER NETWORKS, LLC, *et al.*,<br><br>          Plaintiff,<br><br>v.<br><br>BARINGS ASSET-BASED INCOME FUND (US) L.P., and BABIF GIGABLOCKER LLC,<br><br>          Defendants. | Adv. Case No. 23-50404 (JKS) |

## **MEDIATOR'S REPORT**

      The Mediator, who the Court appointed by Order entered on August 30, 2023, reports as follows:

      1.    The parties in the adversary proceeding and the mediation are: the Official Committee of Unsecured Creditors of GigaMonster

Networks, LLC, as plaintiff; and Barings Asset-Based Income Fund (US) L.P., and BABIF GigaBlocker LLC, as defendants.

2. The mediation began in New York City on September 13, 2023. All parties and their attorneys appeared at the mediation and were fully engaged.

3. Settlement was not reached at the mediation session. However, thereafter, with numerous telephone calls and emails, the parties are now on the doorstep of resolution and are awaiting some additional information before settling. Assuming they reach settlement, the parties will thereafter have to draft settlement papers or include their settlement in a plan of confirmation. Settlement will be subject to the Court's review and approval.

4. Accordingly, the Mediator will report again to the Court in 30 days by which time the Mediator anticipates that the parties will have arrived at and documented their settlement.

5. The Mediator notes that the participants have been a pleasure to work with in settling their differences.

_____
Kevin Gross
Mediator

## CERTIFICATE OF SERVICE

The undersigned hereby certifies this 6th day of November, 2023, that he served the foregoing Mediator's Report upon the persons and entities entitled to service by filing the document on Pacer, thereby providing notice and access.

_____
Kevin Gross, Mediator